IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Murphy, Walter L | Case Number: 07 B 21167 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/29/08 | Filed: 11/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 2, 2008
Confirmed: March 25, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,375.00 | |
| Secured: | | 2,299.25 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 843.00 |
| Trustee Fee: | | 218.47 |
| Other Funds: | | 14.28 |
| Totals: | 3,375.00 | 3,375.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 843.00 | 843.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 5. | Charter One Bank | Secured | 8,908.00 | 600.00 |
| 6. | Cook County Treasurer | Secured | 8,598.00 | 600.00 |
| 7. | American Home Mortgage Servicing | Secured | 3,251.25 | 211.41 |
| 8. | Litton Loan Servicing | Secured | 3,883.33 | 252.52 |
| 9. | America's Servicing Co | Secured | 9,497.28 | 635.32 |
| 10. | Unifund Corporation | Unsecured | 9,270.63 | 0.00 |
| 11. | Cook County Treasurer | Unsecured | 123.48 | 0.00 |
| 12. | Charter One Bank | Unsecured | 22.89 | 0.00 |
| 13. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 14. | Harris & Harris | Unsecured | | No Claim Filed |
| | | | $ 44,397.86 | $ 3,142.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 218.47 |
| | $ 218.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Murphy, Walter L

Printed: 10/29/08

Case Number:  07 B 21167
Judge:  Goldgar, A. Benjamin
Filed:  11/12/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

